```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAFECO INSURANCE COMPANY          :      CIVIL ACTION
                                  :
        v.                        :
                                  :
ANDALUSIA WHOLESALE SUPPLY,       :
INC., a/k/a ADALUSIA ROOFING      :
SUPPLY and SOUTHAMPTON ROOFING    :
& SIDING, INC. a/k/a              :
SOUTHAMPTON ROOFING               :
& CONTRACTORS, INC.               :      NO. 02-3427
```

ORDER

AND NOW, this 29th day of July, 2002, upon consideration of the letter of defendant Southampton Roofing & Siding, Inc. withdrawing its motion to dismiss (Doc. No. 3), it is hereby ORDERED that the Clerk shall MARK the motion as WITHDRAWN.

BY THE COURT:

_____
Stewart Dalzell, J.