**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF | : | CIVIL ACTION - LAW |
| AMERICA, as Subrogee of | : | |
| VINCENT A. PACITTI, JR. | : | |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| ANDALUSIA WHOLESALE SUPPLY, INC. | : | |
| a/k/a ANDALUSIA ROOFING SUPPLY and | : | |
| SOUTHAMPTON ROOFING & SIDING, INC. | : | |
| a/k/a SOUTHAMPTON ROOFING & | : | |
| CONTRACTORS, INC. | : | NO. 02-3427 |

**ANSWER OF DEFENDANT, ANDALUSIA SUPPLY COMPANY, INC., TO THE
CROSSCLAIMS OF DEFENDANT, SOUTHAMPTON ROOFING & SIDING , INC.**

1.      Admitted in part; denied in part.  It is admitted that Plaintiff filed a Complaint.
The remaining averments of this paragraph are denied as conclusions of law requiring no
response.  By way of further answer, Answering Defendant incorporates by reference its Answer
to Plaintiff's Complaint Together with Affirmative Defenses and Crossclaims as though more
fully set forth herein at length.

2.      Denied.  This averment constitutes a conclusion of law requiring no answer.

3.      Denied.  This averment constitutes a conclusion of law requiring no answer.  By
way of further answer, Answering Defendant incorporates by reference its Answer to Plaintiff's
Complaint Together with Affirmative Defenses and Crossclaims, as though more fully set forth
herein at length.

4.      Denied.  This averment constitutes a conclusion of law requiring no answer.  By
way of further answer, it is denied that Answering Defendant is liable to any party.

**WHEREFORE**, Answering Defendant demands judgment be entered in its favor, and against all parties, together with all reasonable interest, expenses, counsel fees and costs.

**SWEENEY & SHEEHAN**


By:_____

      J. Michael Kunsch
      Identification No. 61922
      Attorney for Defendant,
      Andalusia Wholesale Supply, Inc.

      1515 Market Street
      Suite 1900
      Philadelphia, Pennsylvania  19102
      (215) 563-9811