```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAFECO INSURANCE COMPANY         :      CIVIL ACTION
                                 :
        v.                       :
                                 :
ANDALUSIA WHOLESALE SUPPLY,      :
INC., a/k/a ADALUSIA ROOFING     :
SUPPLY and SOUTHAMPTON ROOFING   :
& SIDING, INC. a/k/a             :
SOUTHAMPTON ROOFING              :
& CONTRACTORS, INC.              :      NO. 02-3427
```

ORDER

AND NOW, this 9th day of September, 2002, after a Rule 16 Conference, in which plaintiff informed the Court that it desired court-annexed arbitration in accordance with Local Rule 53.2, and defendants informing the Court in writing that they also desire arbitration, it is hereby ORDERED that:

1. The parties shall COMPLETE discovery by December 3, 2002;

2. The case is TRANSFERRED to the Arbitration Case Management Track;

3. The Arbitration Clerk shall SCHEDULE an arbitration to commence on a date in the last two weeks of January, 2003; and

4. Arbitration shall be CONDUCTED in accordance with Local Rule 53.2, without regard to any damage ceiling.

BY THE COURT:

_____
Stewart Dalzell, J.