IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 02-3427 |
| : | |
| ANDALUSIA WHOLESALE SUPPLY, INC., : | |
| ET AL. : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, January 30, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

> Michael E. Kunz
> Clerk of Court
>
> By:_____
> Stephen Sonnie
> Deputy Clerk
> Phone:267-299-7074

Date: September 10, 2002

Copies:	Eileen Adler, Courtroom Deputy to Judge Dalzell
	Docket Clerk - Case File

	Counsel:	Hayes A. Hunt, Esq.
			J. Michael Kunsch, Esq.
			David C. Ray, Esq.
			Kevin L. McGee, Esq.

ARB2.FRM