IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| ANDALUSIA WHOLESALE SUPPLY, INC., | | |
| SOUTHAMPTON ROOFING & SIDING, INC.: | | NO. 02-3427 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, February 27, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued from January 30, 2003
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL*

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: February 5, 2003

Copies:   Eileen Adler, Courtroom Deputy to Judge Dalzell
          Docket Clerk - Case File

          Counsel:   Hayes A. Hunt, Esq.
                     J. Michael Kunsch, Esq.
                     David C. Ray, Esq.
                     Kevin L. McGee, Esq.

          Arbitrators:   Penny Scott-Sedley, Esq.
                         John Phelan, Esq.

ARB2.FRM