IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| ANDALUSIA WHOLESALE SUPPLY, INC., | : | |
| SOUTHAMPTON ROOFING & SIDING, INC. | : | NO. 02-3427 |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this         day of February, 2003, it is hereby

ORDERED that William Hirsch, Esq. is replaced as an arbitrator on Tuesday, March 18, 2003, 9:30 a.m. It is hereby

FURTHER ORDERED that Faith Leibman, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
STEWART DALZELL, J.

ARB8 (12/82)