IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| ANDALUSIA WHOLESALE SUPPLY, INC., | : | |
| SOUTHAMPTON ROOFING & SIDING, INC. | | NO. 02-3427 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, March 27, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

        Michael E. Kunz
        Clerk of Court

**\*Case continued from March 18, 2003
NO FURTHER CONTINUANCES
WILL BE GRANTED\***

By:_____
ADRIENNE MANN for Steve Sonnie
Deputy Clerk
Phone:267-299-7075

Date: March 6, 2003

Copies:    Eileen Adler, Courtroom Deputy to Judge Dalzell
              Docket Clerk - Case File

        Counsel:    Hayes A. Hunt, Esq.
                          John Michael Kunsch, Esq.
                          David C. Ray, Esq.
                          Kevin L. McGee, Esq.
                          Mark D. Johns, Esq.
        Arbitrators:   Faith Leibman, Esq., Chair
                          Penny Scott-Sedley, Esq.
                          John Phelan, Esq.

ARB2.FRM

Case 2:02-cv-03427-SD    Document 22    Filed 03/06/2003    Page 2 of 2